**Order entered September 17, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00017-CR

### CLYDE EARL TAYLOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75930-P**

### ORDER

The reporter's record was originally due on March 25, 2020. After we granted numerous extension requests, we ordered deputy court reporter LaToya R. Young's not to sit until her portion of the reporter's record was completed and turned over to official court reporter Crystal Brown. To date, the reporter's record has not been filed, it appears Ms. Young has not filed her portion of the reporter's record with Ms. Brown, and neither Ms. Young nor Ms. Brown has corresponded with the Court regarding the reporter's record.

Because the appeal cannot proceed without the reporter's record, we **ORDER** the trial court to conduct a hearing, no later than **October 2, 2020**, at which both LaToya R. Young and Crystal Brown are present, to determine (1) why the record has not been filed, (2) the date it will be filed, and (3) what steps need to be taken to ensure the record is filed by that date.

The trial court shall make its findings concerning the reporter's record in writing. The findings shall be filed in a supplemental clerk's record no later than **October 9, 2020**. A supplemental reporter's record of the hearing shall also be filed no later than **October 9, 2020**.

**Our order that Ms. Young not sit as a reporter until the reporter's record is filed in this appeal remains in effect.**

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; to Crystal Brown, official court reporter, 203rd Judicial District Court; to LaToya R. Young, deputy court reporter; to the Dallas County Auditor's Office; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated no later than **October 12, 2020**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE